**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Rossi v. Atrium Med. Ctr.*, Slip Opinion No. 2023-Ohio-4702.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2023-OHIO-4702

ROSSI, INDIVIDUALLY AND AS EXR. OF THE ESTATE OF ROSSI, APPELLANT, *v.* ATRIUM MED. CTR. ET AL., APPELLEES.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Rossi v. Atrium Med. Ctr.*, Slip Opinion No. 2023-Ohio-4702.]**

*Court of appeals' judgment affirmed on the authority of* Everhart v. Coshocton Cty. Mem. Hosp. *and* Wilson v. Durrani.

(No. 2023-0552—Submitted December 20, 2023—Decided December 28, 2023.)

APPEAL from the Court of Appeals for Warren County,

No. CA2022-05-027, 2023-Ohio-984.

_____

{¶ 1} The judgment of the Twelfth District Court of Appeals is affirmed on the authority of *Everhart v. Coshocton Cty. Mem. Hosp.*, __ Ohio St.3d __, 2023-Ohio-4670, __ N.E.3d __, and *Wilson v. Durrani*, 164 Ohio St.3d 419, 2020-Ohio-6827, 173 N.E.3d 448.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ., concur.

_____

McIntosh & McIntosh, P.L.L.C., and Michael Todd McIntosh, for appellant, Arthur Rossi.

Bieser, Greer & Landis, L.L.P., and John F. Haviland, for appellee Atrium Medical Center.

Lindhorst & Dreidame Co., L.P.A., and Michael F. Lyon, for appellees Mid-Valley Gastroenterology Associates, Daryl Hacker, M.D., and Kuldip Sharma, M.D.

_____